**DOCKETED**

MAR 2 4 2009

HHN 

UNITED STATES DIS~~~~
FOR THE NORTHERN DIS
EASTERN DI

09cv1801
JUDGE COAR
MAG. JUDGE KEYS

FOLLEH TAMBA,
　　　PLAINTIFF,

CASE

COMPLAINT FOR DECLARATORY RELIEF
AND DAMAGES FOR VIOLATIONS OF
MOTOR VEHICLE COST INFORMATION
SAVINGS ACT & PENDANT STATE LAW
CLAIMS

**FILED**
J.N 3-23-2009
MAR 2 3 2009

v.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PREMIER AUTO HAUS,
　　　DEFENDANT.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AT LAW

Comes Now Plaintiff, Folleh Tamba, by and through his attorney, Vichian Ford, brings

this action against defendant Premiere Auto Haus to secure redress for their failure to

comply with the  Motor Vehicle Information and Cost Savings Act, Illinois Vehicle Act ,

Illinois Consumer Fraud Act, Breach of Contract and Breach of Implied Warranties.

## PARTIES, JURISDICTION, VENUE

1. Plaintiff Folleh Tamba is an individual who resides in Chicago, Illinois.

2. Defendant Premier Auto Haus is an Illinois Corporation with its principal place of

    business located at 2501 Ogden Avenue, Downers Grove, IL 60515.

3. This court has subject matter jurisdiction over Premier Auto Haus, pursuant to 28 U.S.C.

    § 1331 and Art. III § 2 of the Constitution.

4. Plaintiff, Folleh Tamba at all times relevant to this complaint has been a resident of

    Chicago, IL.

5. Venue is proper in this judicial circuit pursuant to 42 U.S.C. 2000e. Plaintiff's claim arose in the Northern District of Illinois. All of the acts complained of herein occurred in this District and gave rise to the claims alleged.

## INTRODUCTION & FACTUAL ALLEGATIONS

6. On August 25th, 2008. Folleh Tamba, a Sergeant in the U.S. Marines purchased a 2002, Freelander from Premier Auto Haus in Downers Grove, Illinois. (See Attached Exhibit A).

7. That a sales person known only as Scott to Mr. Tamba intentionally misrepresented the condition of this Freelander thereby inducing Mr. Tamba's purchase of the defective vehicle.

8. Scott informed Mr. Tamba that "it's a great car and only has 39k, which is great for a 2002 model".

9. That on the date of the sale Tamba asked Scott if the car had any problems and Scott stated "no, nothing has been discovered" while continually emphasizing the great deal Tamba was receiving when in actuality knowing such to be an outright falsehood.

10. Juan Montelango and Saul Castaneda two of Tamba's friends were present and as such are first hand witnesses to the misrepresentations made by the your personnel.

11. Mr. Tamba inquired about obtaining an extended warranty which Scott indicated was not available.

12. Mr. Tamba also asked for a vehicle history report, which Scott went on to state," we get a lot of cars in and out and we don't keep track of where they come from".

13. Within days of his purchase Mr., Tamba began experiencing problems beyond that of simple wear and tear with this vehicle beginning on September 16th, 2008.

14. Specifically the vehicle stalled on the expressway and all of the console lights came on and the odometer jumped from 39,000 miles to 64,718 miles.

15. Presently, the vehicle barely starts and is unable to reach any speeds over ten miles an hour.

16. Tamba followed up multiple times with Scott and was referred to the manager who said he would be calling Tamba back, yet never did. Finally after repeated calls by Mr. Tamba the manager did call back and stated that the car is yours and there's nothing he can or will do.

17. That on September 17th , 2008 Tamba took the vehicle to Howard Orloff Range Rover to have the vehicle inspected and assessed. (See Exhibit B Howard Orloff Invoice #424225)

18. That upon inspection the instrument cluster was determined to have been tampered with and required replacement. (See Attached Exhibit B Howard Orloff Invoice #424225)

## CAUSES OF ACTION

### COUNT I.

### VIOLATION OF MOTOR VEHICLE INFORMATION AND COST SAVINGS ACT OF 1972.

19. Plaintiff incorporates Paragraphs 1 through 18.

20. The foregoing conduct violates the Motor Vehicle information and cost savings act of 1972 In pertinent part Chapter 327 of Title 49 §3270 TRANSPORTATION SUBTITLE VI - MOTOR VEHICLE.. STANDARDS, AND REQUIREMENTS.

21. Defendant intentionally tampers with the vehicles odometers in an effort to secure sales on vehicles which ordinarily are not fit for resale.

22. Plaintiff's vehicle was one of these vehicles that defendant tampered with as evidenced by the speedometer's jump from 39,000 miles to 64,000 miles.

23. That Defendant's intentional act of tampering with the odometer in an effort to reset it not only resulted in an inaccurate odometer readings but damaged the vehicles internal computer to the extent that the vehicle no longer fit for its intended use.

24. Defendant's intentional tampering with the odometer in an effort to defraud Plaintiff caused damage to Plaintiff in the form of the cost of the vehicle, storage of the vehicle, replacement of the vehicle and mechanical costs to determine cause of vehicle break down after purchase.

## COUNT II.

## VIOLATION OF THE ILLINOIS VEHICLE CODE ACT

25. Plaintiff incorporates paragraphs 1 through 25.

26. The foregoing conduct violates the Illinois Vehicle Code 625 ILCS 5/3-112.1

27. Defendant intentionally tampers with the vehicles odometers in an effort to secure sales on vehicles which ordinarily are not fit for resale.

28. Plaintiff's vehicle was one of these vehicles as evidenced by the speedometers jump from 39,000 miles to 6 miles.

29. That Defendant's intentional act of tampering with the odometer in an effort to reset it not only resulted in an inaccurate odometer readings but damaged the vehicles internal computer to the extent that the vehicle is no longer fit for its intended use.

30. That Defendant attempted to conceal their wrongdoings by preparing a fraudulent odometer disclosure statement. (See Exhibit C Odometer Disclosure Statement)

31. Defendant's intentional tampering with the odometer in an effort to defraud Plaintiff caused damage to Plaintiff in the form of the cost of the vehicle, storage of the vehicle, replacement of the vehicle and mechanical costs to determine cause of vehicle break down after purchase.

32. Defendant prepared an odometer disclosure statement having that in and of itself is contradictory in nature and evidences the fraud being perpetuated.

### COUNT III.

### ILLINOIS CONSUMER FRAUD ACT

33. Plaintiff incorporates paragraphs 1 through 32.

34. Section of the Illinois Consumer Fraud and Deceptive Practices Act, 815 ILCS 505/2 , states among other things, that ;

*(815 ILCS 505/2) (from Ch. 121 1/2, par. 262) Sec. 2.*

*Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act", approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby. In construing this section consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5 (a) of the Federal*

*Trade Commission Act.*

35. Defendant's altered the odometer in an effort to mislead plaintiff into thinking the vehicle in question was a reliable vehicle.

36. Defendant also prepared a misleading Odometer Disclosure Statement in an attempt to confuse and mislead Plaintiff or anyone reviewing their paperwork preparation.

37. Plaintiff believing and relying on defendant's representation that this vehicle's mileage was extremely low for a 2002 Freelander purchased the vehicle.

38. That Defendant's inducement of Plaintiff's reliance combined with Defendant's deceptive acts and practices continues to cause numerous damages to Plaintiff.

## COUNT IV.

## **BREACH OF CONTRACT**

39. Plaintiff incorporates paragraphs 1 through 39.

40. Defendant's presented Plaintiff with a contract to purchase an operational vehicle for the purchase price of $7000. (See Exhibit D Retail Order for Motor Vehicle)

41. Plaintiff met his contractual duty by tendering to defendant $7925.75.

42. Defendant then wrongfully accepted these monies knowing that the car being sold to Tamba did not meet the contractual expectations of Tamba.

43. Defendant's breach caused numerous financial damages to Plaintiff.

## COUNT V.

## **BREACH OF IMPLIED WARRANTIES**

44. Plaintiff incorporates paragraphs 1 through 43 herein.

45. *Sec. 2-314. Implied warranty: merchantability; usage of trade.*

   *(1) Unless excluded or modified (Section 2--316), a warranty that the goods shall be*

*merchantable is implied in a contract for their sale if the seller is a merchant with respect*

*to goods of that kind.*

46. That Defendant knowingly sold Plaintiff a vehicle which defendant knew to be unfit for its intended purpose.

47. Plaintiff was injured in that the vehicle purchased was neither suitable for its intended use and placed Plaintiff and other users of the roadway in peril.

48. That Defendant's breach caused Plaintiff to incur numerous repair, replacement and consequential costs.

## COUNT VI.

## VIOLATION OF UNIFORM PENALTY REVENUE

49. Plaintiff Incorporates paragraph 1 through 48 herein.

50. Uniform Penalty Revenue 35 ILCS 735

51. Defendant wrongfully procured proceeds received from Plaintiff for payment of taxes as required by law and reflected on Plaintiff's Bill of Sale. (See Exhibit )

52. Plaintiff received a notice from the Cook County Department of Revenue dated January 3rd, 2009 alleging Plaintiff had paid the ¾ of 1% required Cook County Use Tax.

53. That Defendants wrongful acts have caused Plaintiff to be in bad standing with the Cook County Department of Revenue and is negatively affecting Plaintiff's credit.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Folleh Tamba requests that this Court enter judgment in favor of plaintiff and against Defendant's Premier Auto Haus for:

a) Actual Damages

b) Attorney fees and litigation costs and

c) Such other relief as this court deems just and appropriate.

VICHIAN R. FORD

By:

Vichian R. Ford
110 South Marion
Oak Park, IL 60302
773-663-9111
Atty #6272235

**VERIFICATION BY CERTIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verify believes the same to be true.

FOLLEH TAMBA

SUBSCRIBED AND SWORN TO
Before me this _____ day of

_____, 2008

_____

Notary Public

Vichian R. Ford
40 East Chicago Ave., 377
Chicago, IL 60611
773-663-9111
Atty #38389

RETAIL ORDER FOR A MOTOR VEHICLE                    EXHIBIT A

**PREMIER AUTO HAUS**
2501 Ogden Ave
DOWNERS GROVE, IL 60515
(630) 434-8300
(630) 241-3479 (Fax)

8/25/08
DATE

Folleh Tamba
PURCHASER'S NAME

4533 N Springfield Ave.
STREET ADDRESS

Chicago                    IL        60625
CITY                      STATE      ZIP

773-426-1267
RES. PHONE                            BUS. PHONE

PLEASE ENTER MY ORDER FOR THE FOLLOWING  ☐ NEW  ☒ USED

YEAR  02  MAKE  Land Rover

MODEL OR SERIES  FREELANDER  BODY TYPE  4DR  COLOR  SILVE  TRIM  V.I.N.  SALWF22202A....

TO BE DELIVERED ON OR ABOUT  8/25/08     SALESPERSON  Scott S     STOCK NO.  ...

| CASH DELIVERED PRICE OF VEHICLE | | $ | ...800.00 |
|---|---|---|---|
| Doc Prep Fee | | | 150.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | N/A | |
| | | N/A | |
| | | N/A | |
| | | N/A | |

| USED VEHICLE TRADE-IN AND/OR OTHER CREDITS | | | CASH SALE PRICE OF DESCRIBED MOTOR VEHICLE | $ | 7,150.00 |
|---|---|---|---|---|---|
| MAKE OF TRADE-IN | | | STATE AND LOCAL TAXES | | 607.75 |
| YEAR        MODEL        BODY | | | LICENSE, LICENSE TRANSFER, TITLE, REGISTRATION FEE | | 168.00 |
| V.I.N. | | | | | N/A |
| BALANCE OWED TO | | | 1. TOTAL PRICE OF UNIT | $ | 7,925.75 |
| ADDRESS | | | 2. DOWN PAYMENT: | | |
| USED TRADE-IN ALLOWANCE | $ | N/A | consisting of $ ___7,925.75___ in cash | | |
| BALANCE OWED ON TRADE-IN | | N/A | and/or $ ___0.00___ net trade-in al- | | |
| NET ALLOWANCE ON USED TRADE-IN | $ | 0.00 | lowance on trade-in; see statement in left | | |
| DEPOSIT OR CREDIT BALANCE | | N/A | hand column for details. | | |
| DOWN PAYMENT (Trans. to Right Col.) | $ | 0.00 | ➤ | $ | 7,925.75 |
| | | | 3. UNPAID CASH BALANCE DUE ON DELIVERY (difference between Items 1 and 2) | $ | 0.00 |

**Attention Used Car Buyers:** If you are buying a used vehicle with this contract, federal regulations may require a special buyers guide to be displayed on the window of the vehicle. THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE: (A) ON ALL GOODS AND SERVICES SOLD BY DEALER, AND (B) ON ALL USED VEHICLES WHICH ARE HEREBY SOLD "AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED".




EXHIBIT B

HOWARD ORLOFF JAGUAR

103268          424225

*INVOICE*

ROSEMARY TAMBA
4533 N SPRINGFIELD AVE
CHICAGO, IL 60625-6315
HOME: 773-604-8254 BUS:
CELL: 773-454-3991

PAGE 1

SERVICE ADVISOR: 702 SCOTT FOWLER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT |
|---|---|---|---|---|---|
| SILVER | 02 | LR PREELANDER | SALNM22242A361547 | A749624 | 64718/64719 |

| IN SERVICE DATE | CODE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 23JAN02 IS | | | 17:00 17SEP08 | DLR:OTHER | 130.88 | CASH | 17SEP08 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 17SEP08 | 17SEP08 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CUSTOMER STATES MILEAGE CHANGED FROM 39,308 TO 64,718
 - NEEDS INSTRUMENT CLUSTER REPLACED ESTIMATE TO
      REPAIR $1525.00 PLUS TAXES.
          709 CPLR                                         130.88    130.88
      CDR CUSTOMER DECLINED REPAIRS AT THIS TIME
          709 CPLR                                           0.00      0.00
      *****************************************************
B PERFORM RECALL P004, STOP LAMP SWITCH
CAUSE: PERFORM
      70358935 REPLACE BRAKE LIGHT SWITCH AND FIT LINK
          LEAD - 1N
          709 WPLR                                                    (N/C)
      1 XKB500120 SWITCH ASSY - ST                                    (N/C)
      1 YMQ503280 WIRE ASSY                                           (N/C)
   FC: 82
   PART#: XKB500120
   COUNT: 1
   CLAIM TYPE: 04
   AUTH CODE:
   P004B
64718 PERFORME STOP LAMP SWITCH RECALL
      *****************************************************
C PERFORM FREE MULTI-POINT INSPECTION (FILL OUT FORM)
      MPIL PERFORM FREE MULTI-POINT INSPECTION (FILL
          OUT FORM)
          709 CPLR                                           0.00      0.00
64718
      *****************************************************
CUSTOMER PAY SHOP SUPPLIES FOR REPAIR ORDER FOR REPAIR ORDER           9.60



| STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|---|---|---|
| The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |

EXHIBIT C

# ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, PREMIER AUTO HAUS, state that the odometer now reads
**39308** miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements has been checked.

[ ✗ ] (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

[ ✓ ] (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING: ODOMETER DISCREPANCY.

Vehicle Description: 02 LAND ROVER FREELANDER, SILVER
Body style: 4DR
VIN: SALNM22242A361547
Stock #: 1487

Transferors (Seller) Information: PREMIER AUTO HAUS
2501 OGDEN AVE
DOWNER'S GROVE, IL 60515

Acknowledged by Transferor (Seller):

_____  8/25/08
Printed Name: _____

Transferees (Buyer) Information: Folleh Tamba
4533 N Springfield Ave.
chicago, IL 60625

Acknowledged by Transferee (Buyer):

_____  8/25/08
Printed Name: Folleh Tamba

EXHIBIT D

## RETAIL ORDER FOR A MOTOR VEHICLE

**PREMIER AUTO HAUS**
2501 Ogden Ave
DOWNERS GROVE, IL 60515
(630) 434-8300
(630) 241-3479 (Fax)

DATE: 8/25/08

PURCHASER'S NAME: Folleh Tamba

STREET ADDRESS: 4533 N Springfield Ave.

CITY: chicago   STATE: IL   ZIP: 60625

RES. PHONE: 773-426-1267   BUS. PHONE:

PLEASE ENTER MY ORDER FOR THE FOLLOWING   ☐ NEW   ☒ USED

YEAR 02   MAKE LAND ROVER

MODEL OR SERIES FREELANDER   BODY TYPE 4DR   COLOR SILVE   TRIM   V.I.N. SALNM22242A361547

TO BE DELIVERED ON OR ABOUT 8/25/08   SALESPERSON Scott S   STOCK NO. 1487

| | $ | |
|---|---|---|
| CASH DELIVERED PRICE OF VEHICLE | 7,000 | 00 |
| Doc Prep Fee | 150 | 00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | N/A | |
| | N/A | |
| | N/A | |
| | N/A | |

### USED VEHICLE TRADE-IN AND/OR OTHER CREDITS

| | | | | | |
|---|---|---|---|---|---|
| MAKE OF TRADE-IN | | CASH SALE PRICE OF DESCRIBED MOTOR VEHICLE | $ | 7,150 | 00 |
| | | STATE AND LOCAL TAXES | | 607 | 75 |
| YEAR   MODEL   BODY | | LICENSE, LICENSE TRANSFER, TITLE, REGISTRATION FEE | | 168 | 00 |
| V.I.N. | | | | N/A | |
| BALANCE OWED TO | | 1. TOTAL PRICE OF UNIT | $ | 7,925 | 75 |
| ADDRESS | | 2. DOWN PAYMENT: | | | |
| USED TRADE-IN ALLOWANCE | $ N/A | consisting of $ 7,925.75 in cash | | | |
| BALANCE OWED ON TRADE-IN | N/A | and/or $ 0.00 net trade-in al- | | | |
| NET ALLOWANCE ON USED TRADE-IN | $ 0.00 | lowance on trade-in; see statement in left | | | |
| DEPOSIT OR CREDIT BALANCE | N/A | hand column for details. | | | |
| DOWN PAYMENT (Trans. to Right Col.) | $ 0.00 | | $ | 7,925 | 75 |
| | | 3. UNPAID CASH BALANCE DUE ON DELIVERY (difference between items 1 and 2) | $ | 0 | 00 |

**Attention Used Car Buyers:** If you are buying a used vehicle with this contract, federal regulations may require a special buyers guide to be displayed on the window of the vehicle. THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

ALL WARRANTIES, IF ANY, BY A MANUFACTURER OR SUPPLIER OTHER THAN DEALER ARE THEIRS, NOT DEALER'S, AND ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES, UNLESS DEALER FURNISHES BUYER WITH A SEPARATE WRITTEN WARRANTY OR SERVICE CONTRACT MADE BY DEALER ON ITS OWN BEHALF, DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE: (A) ON ALL GOODS AND SERVICES SOLD BY DEALER, AND (B) ON ALL USED VEHICLES WHICH ARE HEREBY SOLD "AS IS - NOT EXPRESSLY WARRANTED OR GUARANTEED".

The front and back of this Order comprise the entire agreement affecting this purchase and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I hereby certify that no credit has been extended to me for the purchase of this motor vehicle except as appears in writing on the face of this agreement. I have read the matter printed on the back hereof and agree to it as a part of this order the same as if it were printed above my signature. I certify that I am of legal age, and hereby acknowledge receipt of a copy of this order.

EXHIBIT E

DL: 3024

Mail to:

Cook County Department of Revenue
Use Tax
P.O. Box 94401
Chicago,IL 60690-4401

Telephone No.: (312) 603-6961
Fax. No.:      (312) 603-5717

## COOK COUNTY
### DEPARTMENT OF REVENUE





### INDIVIDUAL USE TAX RETURN

TAMBA,FOLLEH
4533 N SPRINGFIELD AVE
CHICAGO        IL 60625-6315

CUST NO:    8808041

DATE:   01/03/2009

**DUE DATE:**  02/02/2009

According to records provided to us by the Illinois Secretary of State, you recently purchased and registered the following vehicle at the above address in Cook County.  Therefore, said vehicle is subject to the 3/4 of 1% Cook County Use Tax (Please see reverse side).

| Year | Make | Model | Vehicle Identification Number |
|------|------|-------|-------------------------------|
| 2002 | LAND ROVE | FREELANDE | SALNM22242A361547 |

Please compute the amount of tax due using the information which can be found on the Purchaser's copy of the Illinois Department of Revenue Sales Tax Transaction Return (ST-556), Motor Vehicle Use Tax Return (RUT-25) or Bill of Sale provided to you by the dealer from which you purchased your vehicle.  **Please attach to this return a copy of the Bill of Sale, ST-556 or RUT-25 that was used to complete this return.**

| | |
|---|---|
| 1. Purchase price (including accessories) | 1. |
| 2. Trade—In Allowance | 2. |
| 3. Amount subject to tax (subtract line 2 from line 1) | 3. |
| 4. Tax due (multiply line 3 by .0075) | 4. |

Make check payable to:
Cook County Dept. of Revenue

**YOU MUST COMPLETE ALL INFORMATION ON THIS RETURN AND ATTACH ALL SUPPORTING DOCUMENTATION FOR THIS RETURN TO BE CONSIDERED COMPLETE.  THE RETURN MUST BE POSTMARKED ON OR BEFORE THE DUE DATE (SEE ABOVE).  FAILURE TO ATTACH SUPPORTING DOCUMENTATION AND/OR FILE ON A TIMELY BASIS WILL  RESULT IN THE ESTIMATION OF THE TAX AMOUNT DUE AND THE ASSESSMENT OF ANY APPLICABLE INTEREST AND PENALTIES.**

**Taxpayer statement**
I certify that I have examined this return, and it is true, correct and complete.

DATE          PHONE NUMBER